United States District Court
Southern District of Texas
**ENTERED**
May 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION ) ) Case No. 4:24-CV-00788 |
| GUL-MA INVESTMENT, INC., | ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed May 30, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, GUL-MA INVESTMENT, INC., be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on May 31, 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record